IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE BROWARD COALITION OF
CONDOMINIUMS, et al.

    Plaintiffs,

vs.                                                  4:08-CV-445-SPM/WCS

KURT S. BROWNING, et al.,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Douglas Guetzloe's Third Emergency Motion for Order of Clarification (doc. 96). Mr. Guetzloe is not a party to this action, which is closed. There are no extraordinary circumstances which would necessitate that the Court set aside the Younger abstention principle and enjoin the ongoing state proceeding. See Younger v. Harris, 401 U.S. 37 (1971). Therefore, for the reasons expressed in the Court's prior Orders (docs. 91, 95) denying Mr. Guetzloe's prior Motions (docs. 89, 92), the Renewed Motion (doc. 96) is DENIED.

**DONE AND ORDERED** this twenty-fourth day of May, 2011.

                                                          *s/ Stephan P. Mickle*
                                                          Stephan P. Mickle
                                                          Chief United States District Judge